### UNITED STATES of America, Plaintiff–Appellee,

v.

**Manuel MARTINIE, a/k/a Gilberto Ortega, Roberto Martinez, Manuel Federico Martinie and Victor Javier Cardenas, Defendant–Appellant.**

No. 06–50090.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 8, 2007 *.

Filed Feb. 15, 2007.

Becky S. Walker, Esq., Timothy J. Searight, Esq., USLA—Office of the U.S. At-

---

** The Honorable Donald W. Molloy, Chief United States District Judge for the District of Montana, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

torney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Davina T. Chen, Esq., FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: KOZINSKI and TROTT, Circuit Judges, and MOLLOY,** District Judge.

## MEMORANDUM***

1. The district judge did not err in holding that Martinie's conviction under Cal. Health & Safety Code § 11351 is categorically a conviction for a drug-trafficking offense. *United States v. Morales–Perez,* 467 F.3d 1219, 1223 (9th Cir.2006).

2. The district judge addressed the sentencing issues Martinie raised and actively considered the section 3553 sentencing factors. Because the sentence imposed was ten months below the guidelines range, the district judge did not unreasonably impose sentence.[1] *United States v. Knows His Gun,* 438 F.3d 913, 918 (9th Cir.2006).

3. The district judge did not err in enhancing Martinie's sentence under 8 U.S.C. § 1326(b). *United States v. Almazan–Becerra,* 456 F.3d 949, 955 (9th Cir. 2006).

4. The district judge did not plainly err in requiring Martinie to report to his parole officer upon reentering the United

States. *United States v. Rodriguez–Rodriguez,* 441 F.3d 767, 772 (9th Cir.2006).

**AFFIRMED.**

---

** The Honorable Donald W. Molloy, Chief United States District Judge for the District of Montana, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. We therefore deny Martinie's motion to hold this case pending our decision in *Carty* and *Zavala.*